IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY B. TILLMAN,  
        Plaintiff,  
   v.  
BOARD OF PRISON TERMS,  
        Defendant.  
                                /

No. C 11-01086 CW (PR)

ORDER OF DISMISSAL

    The instant action was opened when Plaintiff, a state prisoner, filed a complaint on the Court's civil rights form. Upon review of the allegations in the complaint, the Court determined that Plaintiff's intent was to file a petition for a writ of habeas corpus challenging the length of his sentence. Consequently, on April 18, 2011 the Court issued an Order granting Plaintiff leave to file a completed 28 U.S.C. § 2254 habeas petition form so that the Court could fairly evaluate Plaintiff's habeas claim. The Court informed Plaintiff that he must file the completed habeas petition form within thirty days from the date of the Court's Order, and that his failure to do so would result in dismissal of the instant action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    More than thirty days have passed and Plaintiff has not filed complied with the Court's Order or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

//  
//

1 The Clerk of the Court shall close the file.

2 IT IS SO ORDERED.

3 Dated: 5/25/2011

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY B TILLMAN,

        Plaintiff,

v.

BOARD OF PRISON et al,

        Defendant.

Case Number: CV11-01086 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony B. Tillman
2-A3-27L
C0-8892
Folsom State Prison
P.O. Box 71
Represa, CA 95671

Dated: May 25, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3